# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY T. RUEHL, et al.** | : | |
| **Plaintiff** | : | No. 1:15-cv-00168 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **S.N.M. ENTERPRISES, INC.,** | : | |
| **Defendant** | : | |

## ORDER

**AND SO**, this 18th day of May 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion to dismiss Plaintiffs' claim for punitive damages (Doc. No. 11) is **DENIED**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania